IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY LEE HOOPER                                                   PETITIONER

V.                       NO. 5:08CV00033 BSM

LARRY NORRIS, Director,
Arkansas Department of Correction                           RESPONDENT

### ORDER

The court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr., and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 25th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE