IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY LEE HOOPER             PETITIONER

V.        NO. 5:08CV00033BSM

LARRY NORRIS, Director,
Arkansas Department of Correction             RESPONDENT

## JUDGMENT

In accordance with the court's order entered this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied. All pending motions (DE #37, #38, #39 & #41) are denied.

IT IS SO ADJUDGED this 25th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE