IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DANNY LEE HOOPER**  PETITIONER

vs.  Civil Case No. 5:08CV00033 HLJ

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**  RESPONDENT

## ORDER

The court has received the recommended disposition from Magistrate Judge Henry L. Jones, Jr. After carefully reviewing the recommended disposition, Danny Lee Hooper's objections, and the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, adopted in all respects in its entirety.

Accordingly, petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED this 1st day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE